# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES A. SUMMERS,

    Petitioner,

vs.

E. K. MCDANIELS, et al.,

    Respondents.

Case No. 3:09-cv-00613-LRH-(RAM)

**ORDER**

    The Court directed (#3) Petitioner to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not complied within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's Order (#3). The Clerk of the Court shall enter judgment accordingly.

    DATED this 10th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE