AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

CHARLES A. SUMMERS,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-CV-00613-LRH-RAM**

E. K. MCDANIELS, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for Petitioner's failure to comply with the Court's Order (#3).

  December 11, 2009         **LANCE S. WILSON**
                                                    Clerk

                                                     D. R. Morgan
                                                  Deputy Clerk